SCWC-15-0000436

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

IN THE INTEREST OF E.S.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000436; FC-S NO. 13-00005)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Father-Appellant's Application for Writ of

Certiorari, filed on August 22, 2016, is hereby rejected.

DATED:  Honolulu, Hawai'i, September 28, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

